# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-02-00205-CR
NO. 03-02-00206-CR
NO. 03-02-00207-CR

**Rosalee Cunningham, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NOS. 42,138, 45,518 & 45,850, HONORABLE JOE CARROLL, JUDGE PRESIDING**

Rosalee Cunningham seeks to appeal from judgments of conviction for theft and misapplication of fiduciary funds, and from an order revoking community supervision. Sentence was imposed in these causes on January 10, 2002. The deadline for filing a motion for new trial was therefore February 11, 2002. Tex. R. App. P. 21.4(a). The motions for new trial were filed February 15, 2002. Because the motions for new trial were not timely, the notices of appeal filed March 22, 2002, also were not timely. Tex. R. App. P. 26.2(a). Under the circumstances, we lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   April 11, 2002

Do Not Publish

2